**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-03164-CMA-MEH

BETTY POLICK,

        Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

        Defendant.
_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: December 24, 2013

                              BY THE COURT:

                              _____
                              Christine M. Arguello
                              United States District Judge